UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Merch Traffic, LLC

    Plaintiff,

v.

Case No.: 1:25−cv−01180

Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule A

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2025:

    MINUTE entry before the Honorable Virginia M. Kendall. Merch Traffic, LLC's ("Plaintiff") Motion for Reconsideration [26] of the Court's Order [25] denying in part Plaintiff's Motion for a Temporary Restraining Order [14] is granted. Taking a fresh look at Plaintiff's arguments in its written submission and those made orally during the 2/20/2025 Motion Hearing, the Court finds that joinder of the Defendants in this matter will "promote[] judicial economy while protecting the interests of the parties[.]" Zou v. The Entities, et al., No. 23−cv−16600 (N.D. Ill. Mar. 8, 2024) (ECF No. 60 at 3). Refusing to join the Defendants requires Plaintiffs to make a difficult choice between seeking expedited discovery at the expense of monetary relief at the end of this case and filing a "series of multiplying cases." (Dkt. 26 at 2). Joining the Defendants, on the other hand, provides the Plaintiffs with a meaningful chance at relief while minimizing the burden on the Court's docket. Moreover, joinder poses no risk of prejudice or unfairness to the various Defendants, who will each have an opportunity to defend against Plaintiff's claims in the same way they would if the cases were filed separately. Discretionary joinder as the best path forward. Accordingly, the Court strikes its Order [25] and grants Plaintiff's Motion for a Temporary Restraining Order [14]. The Temporary Restraining Order shall remain in effect until 4/30/2025. Status hearing set for 5/1/2025 is reset for 4/30/2025 at 9:30 AM. Plaintiff shall provide an updated Proposed Order to the Court for entry. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.